# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joseph Martin Efezokhae,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Rocket Mortgage LLC, et al.,<br><br>　　　　　Defendants. | No. CV-23-01982-PHX-SRB<br><br>**ORDER** |

　　　　On September 18, 2024, this Court entered an Order (Doc. 64) striking filings by Plaintiff and explaining to Plaintiff the reasons his filings failed to comply with the Federal Rules of Civil Procedure and this Court's Local Rules of Civil Procedure.  The Court allowed Plaintiff until October 15, 2024 to file a Responsive Memorandum to Defendant's Motion for Summary Judgment and a Controverting Statement of Facts.

　　　　On September 23, 2024 Plaintiff filed documents entitled Plaintiff's Memorandum of Law in Support of Summary Judgment (Doc. 65), Plaintiff's Index Supplemental Appendix (Doc. 66), Plaintiff's Declaration in Support of Summary Judgment (Doc. 67), Plaintiff's Statement of Additional Supporting Facts ("SOASF") in Support of Summary Judgment (Doc. 68) and Plaintiff's Response to Defendant's Statement of Facts (Doc. 69). On October 9, 2024, this Court received a flash drive from Plaintiff labeled "Google Drive" for case No. CV23-1982-PHX-SRB.

　　　　Now pending before the Court are Defendant's Emergency Motion to Strike Plaintiff's (1) Memorandum of Law in Support of Summary Judgment, (2) Supplemental

Appendix or Index, (3) Declarations, (4) Statement of Additional Supporting Facts, and (5) Response to Defendant's Statement of Facts, and to Summarily Adjudicate Defendant Motion for Summary Judgment, and Restrict Plaintiff's Future Filings filed on October 4, 2024. Plaintiff filed his Response on October 7, 2024 and Defendant replied on October 16, 2024. The Motion to Strike will be granted and Plaintiff will be given one last chance to file a response to Defendant's Motion for Summary Judgment and a Controverting Statement of Facts.

Plaintiff's Index Supplemental Appendix (Doc 66) is an unauthorized filing and can only be described as additional argument in opposition to Defendant's Motion for Summary Judgment.

Plaintiff's Response to Defendant's Statement of Facts (Doc. 69) violates the requirements of LRCiv 56.1(b). Contrary to the Rule's requirements that the Controverting Statement of Facts indicate only that the fact is disputed and reference the specific admissible evidence showing the disputed fact, Plaintiff's Response to Defendant's Statement of Facts is replete with additional argument.

Plaintiff has also filed a Statement of Additional Supporting Facts ("SOASF") in Support of Summary Judgment (Doc. 68). Rule 56.1(b)(2), Fed. R. Civ. P. limits Plaintiff to additional facts that establish a genuine issue of material fact that precludes summary judgment to Defendant. Plaintiff's Statement of Additional Supporting Facts ("SOASF") in Support of Summary Judgment goes well beyond these limitations and includes numerous additional purported facts and argument.

Plaintiff's Declarations in Support of Summary Judgment (Doc. 67) is untethered to his Controverting Statement of Facts or his Statement of Facts and contains argument in addition to facts mostly irrelevant to Defendant's Motion for Summary Judgment.

Plaintiff's Memorandum of Law in Support of Summary Judgment (Doc. 65) fails to cite to the Statements and Controverting Statement of Fact but to Exhibits. The Memorandum of Law in Support of Summary Judgment directs the Court to the flash drive received on October 9, 2024. This flash drive, which the Court assumes is a copy of the

1 materials on the Google website to which Plaintiff's filings previously referred the Court, contains numerous documents and hundreds of pages which the Court is apparently expected to navigate to find the documents Plaintiff believes create material issues of fact for trial. The Court is not required to and will not search a flash drive containing copies of all of the filings in this case and numerous documents to attempt to find a disputed issue of material fact.

IT IS ORDERED granting Defendant's Emergency Motion to Strike Plaintiff's (1) Memorandum of Law in Support of Summary Judgment, (2) Supplemental Appendix or Index, (3) Declarations, (4) Statement of Additional Supporting Facts, and (5) Response to Defendant's Statement of Facts, and to Summarily Adjudicate Defendant Motion for Summary Judgment, and Restrict Plaintiff's Future Filings. (Doc. 70)

IT IS FURTHER ORDERED striking Plaintiff's Memorandum of Law in Support of Summary Judgment, Plaintiff's Index Supplemental Appendix, Plaintiff's Declarations in Support of Summary Judgment, Plaintiff's Statement of Additional Supporting Facts ("SOASF") in Support of Summary Judgment and Plaintiff's Response to Defendant's Statement of Facts. (Docs 65, 66, 67, 68, 69)

IT IS FURTHER ORDERED allowing Plaintiff one final opportunity to file a Response to Defendant's Motion for Summary Judgment and a Controverting Statement of Facts (which may include any additional facts which demonstrate a genuine issue of material fact). Each controverting fact and/or additional fact must reference a specific admissible portion of the record establishing that fact. No argument may be included in the Controverting Statement of Facts. Plaintiff's Responsive Memorandum shall refer only to facts in the various Statements of Facts and not to exhibits. Any exhibits offered in support of Plaintiff's Controverting Statement of Facts, and only those exhibits, shall be attached to the Controverting Statement of Facts.

IT IS FURTHER ORDERED that Plaintiff shall have until November 22, 2024 to file his Response and Controverting Statement of Facts. Plaintiff is warned that failure to make the filings by November 22, 2024 or failure to make filings complaint with the

1 Federal and Local Rules shall result in the Court summarily granting Defendant's Motion
2 for Summary Judgment without further notice to Plaintiff.
3       IT IS FURTHER ORDERED denying Plaintiff's Emergency Request for Sanctions
4 for 04/15/2024's "Deposition" and "Evidence." (Doc. 71)

6       Dated this 30th day of October, 2024.

*Susan R. Bolton*
United States District Judge

- 4 -